No. 254. LYKENS HOSIERY MILLS, INC., *v.* DWIGHT S. WILLIAMS CO., INC. C. A. 4th Cir. Certiorari denied. *Francis H. Fairley* and *Harold L. Lipton* for petitioner. *Paul B. Eaton* for respondent.

No. 255. BERNSTEIN ET AL. *v.* HERREN, COMMANDING GENERAL. C. A. 2d Cir. Certiorari denied. *Stanley Faulkner* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 258. AMERICAN WELL & PROSPECTING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *George G. Tyler* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice* and *Lee A. Jackson* for respondent.

No. 259. DWOSKIN, ALIAS DEE, *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari denied. *E. D. O'Sullivan, Sr.* for petitioner.

No. 264. HOOVER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, and *Assistant Attorney General Rice* for the United States.

No. 270. GENTZEL ET AL. *v.* MANNING, MAXWELL & MOORE, INC. C. A. 2d Cir. Certiorari denied. *A. D. Caesar* for petitioners. *Stephen H. Philbin* and *Louis D. Fletcher* for respondent.